# AFFIDAVIT

I, Ryan C. Marriott, being first duly sworn, hereby depose and state as follows:

1.      I am currently assigned as a Special Agent with the Drug Enforcement Administration (DEA) and have been for four years. In that capacity, I have been involved in the investigations of many cases involving illegal drugs and controlled substances. I have received extensive training from experienced DEA special agents and other narcotics officers in the investigation of major drug traffickers.  I am currently assigned to the Kansas City Interdiction Task Force.

2.      The facts in this affidavit come from my personal observations, my training and experience, and information obtained from other witnesses.  This affidavit is intended to show merely that there is sufficient probable cause to believe Willie BRAISON, (hereinafter BRAISON) possessed five-hundred (500) grams or more of a mixture and substance continuing a detectable amount of methamphetamine; a Schedule II controlled substance, with intent to distribute, in violation of Title 21 U.S.C. § 841(a)(1) and (b)(1)(A), as alleged in the Complaint, and does not set forth all of my knowledge about this matter.

## PROBABLE CAUSE

### Consensual stop of Willie BRAISON on January 17, 2019

3.       On January 17, 2019, at approximately 6:20 A.M., members of the Missouri Western Interdiction and Narcotics Task Force (MoWIN TF) along with DEA Special Agent Ryan Marriott were conducting interdiction activities at the Amtrak Train Station located at 30 West Pershing Road, Kansas City, Jackson County, Missouri 64108, within the Western District of Missouri.

4.  Investigators observed a train referred to as the "South West Chief" or the "#4 train" arrive, which originates out of Los Angeles, California. Los Angeles a known source city for illegal narcotics. Members of our squad have made numerous narcotic arrests and seizures from this train route. Members of our squad were on the #4 train on the second coach car talking with two other passengers. Detective Antonio Garcia was standing at the bottom of the stairs on the second coach car of the #4 train, at which time he observed a male later identified as Willie L. BRAISON, B/M, DOB 11-30-1972, walk down the stairs and to the common luggage area. Det. Garcia observed BRAISON reach up to the back of either the third or top shelf of the common luggage area and remove a large grey colored hard sided suitcase. BRAISON immediately exited the second coach car and walked out onto the platform. Det. Garcia approached BRAISON and identified himself as a police officer by displaying his police identification card and badge. Det. Garcia asked BRAISON if he could talk to him, to which BRAISON stated "yeah." Det. Garcia then asked BRAISON if he could see his bus ticket and identification information. BRAISON handed Det. Garcia a train ticket in the name of Willie BRAISON that showed him traveling from Los Angeles, California to Little Rock, Arkansas. Det. Garcia looked at the train ticket and immediately handed it back to him. BRAISON then handed Det. Garcia an Arkansas identification card. Det. Garcia asked BRAISON where he was traveling to, at which time he stated he was coming to Kansas City. Det. Garcia asked BRAISON if he was coming to Kansas City, Missouri, why was he just now exiting the train. Det. Garcia advised BRAISON that the train arrived at 0622 hours and that it was now 0624 hours. BRAISON made no statements and seemed to sway back and forth and Det. Garcia believed that BRAISON was going to pass out. Det. Garcia asked BRAISON if he understood everything that Det. Garcia was saying and if he was "OK." BRAISON stated that he did understand what Det. Garcia was saying and that he was fine. Det. Garcia then explained to BRAISON that he worked for the Drug Enforcement Unit and spoke to passengers who could be transporting anything illegal such as illegal narcotics, firearms, and large amounts of U.S. currency. Det. Garcia then asked BRAISON if Det. Garcia could search his grey colored hard sided suitcase, to which he stated "yes." Det. Garcia opened the grey hard sided suitcase and immediately observed a large green colored cardboard box which was labeled as a Variety pack of cookies. As Det. Garcia picked up the Variety pack of cookies he felt that it was much heavier than what a box of cookies should

weigh. Det. Garcia opened the box of cookies which had been glued shut and observed a pack of cookies on the top. Det. Garcia was able to see a bundle of a crystal-like substance consistent to that of Methamphetamine that was located under the cookies. Based on Det. Garcia's training and experience, he believed the crystal-like substance was Methamphetamine. The suspected Methamphetamine was wrapped in a clear plastic bag.

5.      BRAISON was then placed under investigation arrest for possession of a controlled substance and escorted to the garage area of the Amtrak train station. Det. Garcia then took the suitcase and placed it next to a row of vehicles that was parked in the garage. Det. Garcia then responded with a canine named "Zina" to conduct a sniff check of the suitcase. Det. Garcia had canine Zina conduct a sniff check of the vehicles and then canine Zina pulled Det. Garcia toward the grey hard sided suitcase. Canine Zina came into contact with the suitcase and immediately sat alerting to the odor of narcotics in or about the grey hard sided suitcase.

6.      Special Agent Marriott accompanied Det. Garcia when he opened the suitcase and Det. Garcia advised SA Marriott that there were several bundles of a crystal-like substance in the Variety pack of cookies. Special Agent Marriott removed five bundles of a crystal like substance that were in the Variety pack of cookies. Special Agent Marriott then continued a search of the suitcase, at which time he located a black colored pair of high top tennis shoes. The size of the shoes were labeled as a size 18, which was much larger size than what BRAISON was wearing. Special Agent Marriott then located a large bundle in each of the black colored high top tennis shoes that had been shaped like the insoles of the shoes. Special Agent Marriott removed the bundles which were sealed in clear food saver bags. The manner in which they were packaged was consistent to that of packaging of illegal narcotics.

7.      Sergeant Rod Gentry then took custody of the five bundles of the crystal like substance and the two bundles in the shape of insoles and transported them back to the Interdiction unit so that they could be tested by Forensic Specialist Michelle Nordyke using the Tru Narc System to determine what the narcotics were.   The five bundles that were in the Variety pack of cookies tested positive for the presence of Methamphetamine and weighed 5.1 pounds. This equates to well in excess of five-hundred (500) grams. Based on my training and experience, this amount

3

of suspected Methamphetamine coupled with the other facts uncovered in this interdiction is consistent possession of Methamphetamine with an intent to distribute. The two bundles that were in the black colored high top tennis shoes tested positive for Heroin and weighed 2.9 pounds.

8.  BRAISON was read his *Miranda Warning* and agreed to speak with Det. Garcia and Special Agent Marriott and given a copy of his *Miranda* Rights via *Miranda* wavier 340 P.D. Det. Garcia read the warnings aloud to BRAISON. BRAISON stated that he understood his rights and signed the form. It should be noted that I was present during the interview and the interview was audio recorded.

9.  BRAISON stated that he started his trip in Los Angeles, California on the Amtrak Train and was going to St. Louis, Missouri. Det. Garcia told BRAISON that the suitcase he was carrying had a large amount of narcotics. BRAISON stated that he had met a female by the name of Sabrina that lived in Memphis, Tennessee and that she had put him in contact with a black male by the nick name of "Big Pun." BRAISON stated that "Big Pun" was a black male about 30 years of age, 6'1" and weighs approximately 250 pounds. He stated that he did not know what that stood for and stated that it was a street name. BRAISON stated that he received a phone call from "Big Pun" about transporting a suitcase to St. Louis, Missouri. BRAISON stated that while in Los Angeles, CA on January 15, 2019 he was told to go to The Days Inn hotel. BRAISON stated that he was contacted and that he was given the suitcase. BRAISON stated that while in the hotel room he observed a black male place the Variety box of cookies in the suitcase and the large black colored high top tennis shoes in the suitcase. BRAISON stated that the clothes in the suitcase were his but that the black male had placed his clothes in the grey colored hard sided suitcase. BRAISON stated that he was told to get on the train and travel to St. Louis, Missouri where he would be contacted about where to take the suitcase. BRAISON stated that when he made the delivery of the suitcase he would be paid $2,500.00. BRAISON stated that he was then going to rebook his train ticket and travel home to Jonesboro, Arkansas. Det. Garcia asked BRAISON if he knew what was in the suitcase, to which he stated he knew it was something because he was being paid $2,500.00 to deliver the suitcase. BRAISON stated that he agreed to transport the suitcase because he needed the money. Det. Garcia asked BRAISON if

4

he was willing to do a controlled delivery of the narcotics, to which he stated "I'm not a rat" and that he could not do the delivery because he did not want to be "killed". Det. Garcia asked BRAISON if he had "Big Pun's" phone number to which he stated he had it in his cell phone. Det. Garcia asked BRAISON if could look at his cell phone to get the phone number for "Big Pun". BRAISON stated that Det. Garcia could look at the number in his cell phone. BRAISON stated that it was in one of the Android cell phone. BRAISON had two Samsung cellular phones and an iPhone in his possession. Det. Garcia then asked BRAISON if he would sign a consent to search for all of his cell phones to which he stated he did not want to sign the form but would show me the phone number. Det. Garcia gave BRAISON his cell phone at which time he pulled up the phone number for "Big Pun" which was listed as "Lion Hearts Manager" (702) 561-2595. Det. Garcia asked BRAISON if I could take a photograph of the contact number to which he stated "Yes." Det. Garcia took a photograph of the contact and the photograph was given to Special Agent Marriott along with all of the photographs regarding this case. The aforementioned violations occurred in the Western District of Missouri.

## History Reports

10. Willie BRAISON had the following convictions on his criminal history reports:

   A. In 1993, he had a conviction for Manufacturing of a Controlled Substance and Theft by Receiving.

   B. In 1994, he had a conviction for Possession of Counterfeit United States Currency.

   C. In 1996, he had a conviction for Manufacturing, Delivery, Possession of a Controlled Substance.

11. Based on the above, I believe there is probable cause to believe that on January 17, 2019, Willie BRAISON committed the crime of possession of methamphetamine with intent to distribute, in violation of Title 21 U.S.C. §§ 841(a)(1),(b)(1)(A), and (b)(1)(A).

_____
RYAN C. MARRIOTT
Special Agent
Drug Enforcement Administration

Subscribed and sworn to before me this **17th** day of January, 2019.

_____
Honorable John T. Maughmer
United States Magistrate Judge
Western District of Missouri